8

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LLOYD CROSBY (Impleaded), Defendant-Appellant.

(No. 55824; )

First District—October 10, 1972.

Opinion by Mr. JUSTICE LYONS.

Gerald W. Getty, Public Defender, of Chicago, (James N. Gramenos, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ISAAC ADAMS, Defendant-Appellant.

(No. 55653; )

First District—October 12, 1972.

